No. 24-3842

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

JOHN WILSON, on behalf of himself and all others similarly situated,

*Plaintiff-Petitioner,*

v.

ANCESTRY.COM LLC; ANCESTRY.COM INC.; and ANCESTRY.COM OPERATIONS INC.,

*Defendants-Respondents.*

On Appeal from August 27, 2024 Opinion and Order
United States District Court, Southern District of Ohio

## JOINT MOTION TO STAY OR HOLD APPEAL IN ABEYANCE

Michael C. Lueder
HANSEN REYNOLDS LLC
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Telephone: (414) 455-7676
mlueder@hansenreynolds.com

*Counsel for Plaintiff-Petitioner*

Jennifer A.L. Battle
CARPENTER LIPPS LLP
280 N. High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com

*Counsel for Defendants-Respondents*

The parties jointly move the Court to stay or hold this appeal in abeyance pending a ruling in *Hudson et al v. Datanyze, LLC*, Case No. 23-03998 (6th Cir.). The *Hudson* appeal arises from the Northern District of Ohio and is pending in this Court, and is scheduled for oral argument on October 29, 2024.

*Hudson* considers issues overlapping with those Appellant intends to raise in this appeal. As in this matter, the *Hudson* plaintiffs allege that the defendant misappropriated their identities under Ohio's right of publicity law, Ohio Revised Code § 2741.01, *et seq*., and Ohio common law by using their names and likenesses to advertise subscriptions to the defendant's online platform. *See generally Hudson*, Case No. 23-03998, Doc. 14. In both cases, the question of what constitutes "commercial use" under § 2741 is in dispute.

The district courts in *Hudson* and in this case dismissed the plaintiffs' claims, on a Rule 12(b)(6) motion in *Hudson* and a Rule 56 motion here. *Id*.; *see Wilson v. Ancestry, et al.*, 2:22-cv-00861-EAS-KAJ, U.S. Dist. LEXIS 153624, at *19 (S.D. Ohio Aug. 27, 2024). In *Hudson*, the district court dismissed the plaintiffs' claims in part because the plaintiffs' names/likenesses appeared in "free trial" pages of the defendant's website, and the court considered those appearances "incidental" to any "commercial use" and thus not actionable. *Hudson v. Datanyze, LLC*, 702 F. Supp. 3d 628, 635 (N.D. Ohio 2023). The district court in this case dismissed plaintiff's claims in part because it determined that plaintiff had not shown his records had

"been used in the manner alleged to violate his statutory and common law rights." *Wilson*, No. 2:22-cv-861, 2024 U.S. Dist. LEXIS 153624, at *19 (S.D. Ohio Aug. 27, 2024). Although the grounds for dismissal differ, the rulings in both cases implicate the contours of "commercial use" and "purpose" under Ohio Rev. Code § 2741.

For this main reason, the parties agree that an "abeyance will aid judicial economy given the parties' anticipated arguments before this court and is appropriate under the circumstances." *United States v. Davis*, No. 22-4034, 2023 U.S. App. LEXIS 24085, at *3 (6th Cir. Sep. 11, 2023). The Court's ruling in *Hudson* may impact how it rules here, and understanding that ruling before briefing begins in this appeal could help narrow the issues for the Court. As a result, the parties request that the Court stay or hold this matter in abeyance pending the issuance of the Court's ruling in *Hudson*.

| | |
|---|---|
| Dated: October 23, 2024 | Dated: October 23, 2024 |
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Michael C. Lueder* <br> Michael C. Lueder <br> HANSEN REYNOLDS LLC <br> 301 N. Broadway, Suite 400 <br> Milwaukee, WI 53202 <br> Telephone: (414) 455-7676 <br> mlueder@hansenreynolds.com | By: */s/ Jennifer A.L. Battle* <br> Jennifer A.L. Battle <br> CARPENTER LIPPS LLP <br> Telephone: (614) 365-4100 <br> 280 N. High Street, Suite 1300 <br> Columbus, OH 43215 <br> battle@carpenterlipps.com |
| **Counsel for Plaintiff-Petitioner** | **Counsel for Defendants-Respondents** |

# **CERTIFICATE OF SERVICE**

I, Michael C. Lueder, hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system. DATED this 23rd day of October, 2024.

> By: */s/ Michael C. Lueder*
> Michael C. Lueder
> HANSEN REYNOLDS LLC
> 301 N. Broadway, Suite 400
> Milwaukee, WI 53202
> Telephone: (414) 455-7676
> mlueder@hansenreynolds.com