Case No. 24-3842

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN WILSON

    Plaintiff - Appellant

v.

ANCESTRY.COM LLC; ANCESTRY.COM INC.; ANCESTRY.COM OPERATIONS INC.

    Defendants - Appellees

 

Upon consideration of the joint motion to hold the case in abeyance pending a decision in Sixth Circuit case number 23-3998, *Charisma Hudson, et al v. Datanyze, LLC*, the motion is hereby **GRANTED**. Counsel for the appellant will be required to file a status report every 90 days or when the decision has been entered in *Hudson*, whichever occurs first. The first status report is to be filed no later than January 22, 2025.

                                             **ENTERED PURSUANT TO RULE 45(a),**
                                             **RULES OF THE SIXTH CIRCUIT**
                                             Kelly L. Stephens, Clerk

Issued: October 24, 2024